UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELMOND MARSHALL,

    Plaintiff,

v.

NICK GEORGE, et al.,

    Defendants.

_____/

Case No. 1:19-cv-923

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed by a *pro se* litigant. On November 15, 2019, the Magistrate Judge issued a Report and Recommendation, recommending that this matter be transferred to the United States District Court for the Eastern District of Michigan. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter be transferred to the United States District Court for the Eastern District of Michigan.

Dated: December 6, 2019            /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge